No. 923. NATIONAL ACCOUNTING CO. *v.* DORMAN, BANKING COMMISSIONER. Jurisdictional statement submitted May 11, 1935. Decided May 20, 1935. *Per Curiam:* The order denying interlocutory injunction is affirmed. *Alabama* v. *United States,* 279 U. S. 229, 231; *South Carolina Power Co.* v. *South Carolina Tax Comm'n,* 286 U. S. 525; *Ogden & Moffett Co.* v. *Michigan Public Utilities Comm'n,* 286 U. S. 525; *Langer* v. *Grandin Farmers Coöperative Elevator Co.,* 292 U. S. 605; *Northwest Bancorporation* v. *Benson,* 292 U. S. 606; *Baldwin* v. *G. A. F. Seelig, Inc.,* 293

U. S. 522; *Wilshire Oil Co.* v. *United States, ante,* p. 100. *Messrs. Ernest Woodward, Fred R. Wright,* and *Ed C. O'Rear* for appellant. *Messrs. Bailey P. Wootten, Arthur Bensinger,* and *John S. Milliken* for appellee.